November 6, 1973

No. 73-59 Larry G. Mercer, SP4, U. S. Army v. Howard H. Callaway, Secretary of the Army; GEN Walter Kerwin, Commander, US Army Forces Command, Fort McPherson, Georgia; COL Clair L. Book, Commanding Officer, Fort Sam Houston, Texas; COL Oliver E. O'Keir, Commandant, United States Disciplinary Barracks, Fort Leavenworth, Kansas; and CPT Willie C. Lott, Commanding Officer, 52d Mili-

tary Police Company, Fort Sam Houston, Texas.

On consideration of the "Petition for Extraordinary Relief in the Nature of Habeas Corpus" filed in the above-entitled action, it appearing that the relief requested is not in aid of this Court's jurisdiction, it is, by the Court, this 6th day of November 1973,

ORDERED:

That said petition be, and the same hereby is, dismissed.

Judge Duncan would issue an order directing the respondents to show cause why the relief requested should not be granted.